IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATROL OFFICER JOSEPH McGRATH, et al. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 92-4570 |

**O R D E R**

      **AND NOW, TO WIT:** This 8th day of May, 2006, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

      **MICHAEL E. KUNZ**, Clerk of Court

      BY:  s/Lynn Meyer
            Lynn Meyer
            Deputy Clerk

cc:      Michael Kopac, Esquire (fax)
         Robert Deso, Esquire (fax)
         Mark Foley, Esquire (fax & e-mail)
         Michael Ossip, Esquire (fax & e-mail)
         Zane Memeger, Esquire (fax & e-mail)

O:\41(b) Orders to Dismiss\McGrath v. City Phila. 92-4570 41 b Order.wpd